UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-284 (PAM/JGL)

SUPERNATURAL, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

MERVIN MANUFACTURING, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. The party with the burden of proof shall disclose the identity of expert witnesses by December 1, 2001; The responding party shall disclose the identity of expert witnesses by January 15, 2002; The identity of any rebuttal expert witnesses shall be disclosed by February 1, 2002;

4. The party with the burden of proof shall disclose expert witness reports by February 1, 2002; The responding party shall disclose expert witness reports by March 1, 2002; Any rebuttal expert witness reports shall be disclosed by April 1, 2002;

5. The period during which the parties may seek discovery shall be completed by May 1, 2002;

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2002;

Filed 9-21-01
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

7. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to June 1, 2002; and

8. This case will be considered "ready for trial" as of July 1, 2002.

DATED: September 20, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge